| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-18762 / CMG**

Edward Patrick Casserly  
Judith Casserly

Petition Filed Date: 04/30/2019  
341 Hearing Date: 06/06/2019  
Confirmation Date: 07/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2022 | $1,067.00 | 82371340 | 02/28/2022 | $1,067.00 | 83017890 | 04/05/2022 | $1,067.00 | 83860120 |
| 04/06/2022 | $1,067.00 | 83870010 | 04/06/2022 | $1,076.00 | 83870090 | 04/29/2022 | $1,067.00 | 84307480 |
| 05/31/2022 | $1,067.00 | 84962900 | 06/29/2022 | $1,067.00 | 85535520 | 08/02/2022 | $1,067.00 | 86219770 |
| 09/01/2022 | $1,067.00 | 86796100 | 09/26/2022 | $1,067.00 | 87267500 | 10/31/2022 | $1,067.00 | 87975990 |
| 12/02/2022 | $1,067.00 | 88573570 | 01/04/2023 | $1,067.00 | 89173030 | 02/07/2023 | $1,067.00 | 89856780 |
| 03/03/2023 | $1,067.00 | 90340920 | | | | | | |

**Total Receipts for the Period: $17,081.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $48,289.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Edward Patrick Casserly | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $7,439.34 | $690.89 | $6,748.45 |
| 3 | DISCOVER BANK | Unsecured Creditors | $15,101.41 | $1,402.45 | $13,698.96 |
| 4 | DISCOVER BANK | Unsecured Creditors | $13,994.76 | $1,299.66 | $12,695.10 |
| 5 | DISCOVER BANK | Unsecured Creditors | $2,469.51 | $229.35 | $2,240.16 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $360.71 | $18.65 | $342.06 |
| 7 | CITIBANK N A<br>»» P/154 WINSTON DR/2ND MTG/ORDER 7/10/19 | Mortgage Arrears | $33,333.28 | $33,333.28 | $0.00 |
| 8 | NJCLASS<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 9 | NJCLASS<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | NJCLASS<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | NJCLASS<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-18762 / CMG**

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---:|---:|---:|
| 12 | TD AUTO FINANCE LLC<br>»» 2016 NISSIAN ALTIMA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $6,791.74 | $630.74 | $6,161.00 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $9,377.94 | $870.92 | $8,507.02 |
| 15 | BANK OF AMERICA | Unsecured Creditors | $5,219.85 | $484.75 | $4,735.10 |
| 16 | BANK OF AMERICA | Unsecured Creditors | $4,688.87 | $435.45 | $4,253.42 |
| 17 | AMERICAN EXPRESS | Unsecured Creditors | $1,864.20 | $173.13 | $1,691.07 |
| 18 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $7,690.66 | $714.21 | $6,976.45 |
| 19 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $4,588.28 | $426.10 | $4,162.18 |
| 20 | JPMorgan Chase Bank, NA | Unsecured Creditors | $7,394.30 | $686.70 | $6,707.60 |
| 21 | JPMorgan Chase Bank, NA | Unsecured Creditors | $555.84 | $51.63 | $504.21 |
| 22 | JPMorgan Chase Bank, NA | Unsecured Creditors | $3,201.82 | $297.34 | $2,904.48 |
| 23 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $85.43 | $0.00 | $85.43 |
| 24 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,614.15 | $149.91 | $1,464.24 |
| 25 | CITIGROUP MORTGAGE LOAN TRUST<br>»» P/154 WINSTON DR/1ST MTG/NATIONSTAR | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK | Unsecured Creditors | $3,503.92 | $325.41 | $3,178.51 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 12/18/19 | Attorney Fees | $422.50 | $422.50 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $48,289.00 | Plan Balance: | $13,872.00 ** |
| Paid to Claims: | $42,643.07 | Current Monthly Payment: | $1,067.00 |
| Paid to Trustee: | $3,642.78 | Arrearages: | $0.00 |
| Funds on Hand: | $2,003.15 | Total Plan Base: | $62,161.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit [www.TFSBillPay.com](www.TFSBillPay.com) for more information.

View your case information online for *FREE*! Register today at [www.ndc.org](www.ndc.org) or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.