| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Edward Patrick Casserly <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0720 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Judith Casserly <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6678 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–18762–CMG | | |

## Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edward Patrick Casserly                                     Judith Casserly
                                                            aka Judith Mayer

7/31/24                                                     **By the court:** Christine M. Gravelle
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-18762-CMG |
| Edward Patrick Casserly | Chapter 13 |
| Judith Casserly | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 31, 2024 | Form ID: 3180W | Total Noticed: 78 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward Patrick Casserly, Judith Casserly, 154 Winston Drive, Matawan, NJ 07747-9721 |
| 518216190 | | AMCA Collection Agency, PO Box 1235, Elmsford, NY 10523-0935 |
| 518216189 | | Alltran Financial LP, PO Box 4045, Concord, CA 94524-4045 |
| 518216204 | | CitiMortgage, Inc., PO Box 79005, Saint Louis, MO 63179-0005 |
| 519665013 | + | Citigroup Mortgage Loan Trust 2022-RP2, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519665014 | + | Citigroup Mortgage Loan Trust 2022-RP2, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Citigroup Mortgage Loan Trust 2022-RP2 Serviced by Select Portfolio Servicing, |
| 518216214 | | Excel Urgent Care, 484 Temple Hill Road, Suite 104, New Windsor, NY 12553-5529 |
| 518216215 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 518216217 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 518216218 | + | Higher Education Student Assistance Auth, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |
| 518260443 | + | NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518216235 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518216238 | | Rutgers Health, PO Box 829650, Philadelphia, PA 19182-9650 |
| 518216240 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 31 2024 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 31 2024 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518273668 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2024 20:38:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518216191 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2024 20:38:21 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518216192 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2024 20:38:03 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518216194 | + | EDI: BANKAMER | Aug 01 2024 00:24:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518216193 | + | EDI: BANKAMER | Aug 01 2024 00:24:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518267655 | + | EDI: BANKAMER2 | Aug 01 2024 00:24:00 | Bank of America, N.A., P O Box 982284, El Paso, |

| Recip ID | Flag | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | TX 79998-2284 |
| 518216211 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 31 2024 20:30:00 | Credit Corp Solutions, 63 East 11400 South 408, Sandy, UT 84070 |
| 518216195 | + | EDI: CAPITALONE.COM | Aug 01 2024 00:24:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518216196 | + | EDI: CAPITALONE.COM | Aug 01 2024 00:24:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518311502 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2024 20:49:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518216197 | ^ | MEBN | Jul 31 2024 20:28:56 | Carecentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 518216201 | + | EDI: LCITDAUTO | Aug 01 2024 00:24:00 | Chrysler Financial/TD Auto, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 518216200 | + | EDI: LCITDAUTO | Aug 01 2024 00:24:00 | Chrysler Financial/TD Auto, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 518216205 | | EDI: CITICORP | Aug 01 2024 00:24:00 | CitiMortgage, Inc., PO Box 790005, Saint Louis, MO 63179-0005 |
| 518243907 | | EDI: CITICORP | Aug 01 2024 00:24:00 | Citibank, N.A., P O Box 6030, Sioux Falls, SD 57117-6030 |
| 518537598 | + | Email/Text: BKelectronicnotices@cenlar.com | Jul 31 2024 20:30:00 | Citibank, N.A., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ, 08618, Citibank, N.A., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 518537597 | + | Email/Text: BKelectronicnotices@cenlar.com | Jul 31 2024 20:30:00 | Citibank, N.A., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 518216203 | + | EDI: CITICORP | Aug 01 2024 00:24:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518216202 | + | EDI: CITICORP | Aug 01 2024 00:24:00 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518216206 | + | Email/Text: mediamanagers@clientservices.com | Jul 31 2024 20:30:00 | Client Services, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 518216208 | + | Email/Text: bncnotifications@pheaa.org | Jul 31 2024 20:30:00 | Cornerstone/American Education Services, Po Box 61047, Harrisburg, PA 17106-1047 |
| 518216207 | + | Email/Text: bncnotifications@pheaa.org | Jul 31 2024 20:30:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518216209 | + | EDI: CITICORP | Aug 01 2024 00:24:00 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 518216210 | + | EDI: CITICORP | Aug 01 2024 00:24:00 | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 518216213 | | EDI: DISCOVER | Aug 01 2024 00:24:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 518229736 | | EDI: DISCOVER | Aug 01 2024 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518216212 | + | EDI: DISCOVER | Aug 01 2024 00:24:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518216216 | + | Email/Text: GCSBankruptcy@gcserv.com | Jul 31 2024 20:30:00 | GC Services Limited Parternship, 6330 Gulfton, Houston, TX 77081-1108 |
| 518216219 | | EDI: IRS.COM | Aug 01 2024 00:24:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518216198 | | EDI: JPMORGANCHASE | | |

| | | | |
|---|---|---|---|
| | | Aug 01 2024 00:24:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518216199 | EDI: JPMORGANCHASE | Aug 01 2024 00:24:00 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 518293364 | + Email/Text: RASEBN@raslg.com | Jul 31 2024 20:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518285021 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 31 2024 20:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518216221 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 31 2024 20:30:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518216220 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 31 2024 20:30:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518277958 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2024 20:38:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518216222 | Email/Text: bknotices@mbandw.com | Jul 31 2024 20:30:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146 |
| 518216225 | ^ MEBN | Jul 31 2024 20:28:33 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518216226 | Email/Text: Bankruptcy@mjrf.com | Jul 31 2024 20:30:00 | Mullooly Jeffrey Rooney & Flynn, 6851 Jericho Turnpike, Suite 220, Syosset, NY 11791-9036 |
| 518216224 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 31 2024 20:30:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 518216223 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 31 2024 20:30:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518334820 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 31 2024 20:30:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, PO Box 619096, Dallas TX 75261-9096 |
| 518231212 | + Email/Text: RASEBN@raslg.com | Jul 31 2024 20:30:00 | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518216228 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 31 2024 20:30:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518216229 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 31 2024 20:30:00 | Nissan Motor Acceptance Corp/Infinity Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518216230 | + Email/Text: bnc@nordstrom.com | Jul 31 2024 20:30:13 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518216231 | + Email/Text: bnc@nordstrom.com | Jul 31 2024 20:30:13 | Nordstrom Signature Visa, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 518216233 | EDI: PRA.COM | Aug 01 2024 00:24:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518216234 | ^ MEBN | Jul 31 2024 20:31:22 | Portfolio Recovery Assoc, LLC, PO Box 12903, Norfolk, VA 23541 |
| 518341646 | EDI: PRA.COM | Aug 01 2024 00:24:00 | Portfolio Recovery Associates, LLC, C/O Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 518216236 | Email/Text: signed.order@pfwattorneys.com | Jul 31 2024 20:30:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518216232 | + EDI: PRA.COM | Aug 01 2024 00:24:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518235326 | EDI: Q3G.COM | Aug 01 2024 00:24:00 | Quantum3 Group LLC as agent for, Credit Corp |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 31, 2024 | Form ID: 3180W | Total Noticed: 78 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518216237 | + | Email/Text: bankruptcy@rubinrothman.com | Jul 31 2024 20:30:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Ste 32, PO Box 9003, Islandia, NY 11749-9003 |
| 518216239 | + | Email/Text: compliance@sentrycredit.com | Jul 31 2024 20:31:00 | Sentry Credit, Inc., 2809 Grand Avenue, Everett, WA 98201-3417 |
| 518216241 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jul 31 2024 20:30:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 518222912 | ^ | MEBN | Jul 31 2024 20:29:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518216242 | + | EDI: SYNC | Aug 01 2024 00:24:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518216243 | + | EDI: SYNC | Aug 01 2024 00:24:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518216244 | + | Email/Text: ClericalSupport@tenagliahunt.com | Jul 31 2024 20:30:00 | Tenaglia & Hunt,P.A, 395 W. Passaic Ste 205, Rochelle Park, NJ 07662-3016 |
| 518216245 | + | Email/Text: BAN140310@UCBINC.COM | Jul 31 2024 20:30:00 | United Collection Bureau, PO Box 140310, Toledo, OH 43614-0310 |
| 518328393 | + | EDI: AIS.COM | Aug 01 2024 00:24:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518285024 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518216227 | ## | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 518263031 | ##+ | TD Auto Finance LLC, c/o Schiller, Knapp,, Lefkowitz & Hertzel, LLP, 950 New Loudon Road, Latham, NY 12110-2190 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jul 31, 2024 | Form ID: 3180W | Total Noticed: 78 |

| | |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP2 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP2 dmcdonough@flwlaw.com  NRodriguez@flwlaw.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Richard James Tracy, III | on behalf of Creditor TD Auto Finance LLC richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Robert Cameron Legg | on behalf of Joint Debtor Judith Casserly courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Debtor Edward Patrick Casserly courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sherri R. Dicks | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP2 shrdlaw@verizon.net  shrdlaw@hotmail.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Citibank  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Citibank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Citibank  N.A. ecf@powerskirn.com |

TOTAL: 15