Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−18762−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Patrick Casserly
154 Winston Drive
Matawan, NJ 07747

Judith Casserly
aka Judith Mayer
154 Winston Drive
Matawan, NJ 07747

Social Security No.:
xxx−xx−0720

xxx−xx−6678

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: August 29, 2024

Christine M. Gravelle
Judge, United States Bankruptcy Court